FREDERICK BODE, Respondent, *v.* HENRY MAIBERGER, PATRICK MURPHY et al., Appellants, MOISE GEISMANN, Purchaser, Respondent.

(Submitted March 1, 1887 decided March 8, 1887 )

*Edgar A. Turrell* for appellants

*James C. De La Mare* and *A P. Fitch* for respondents.

Agree to dismiss appeal : no opinion.
All concur.
Appeal dismissed.